IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH STRONG,

    Petitioner,

v.

CLERK, EAU CLAIRE COUNTY COURT,

    Respondent.

ORDER

Case No. 22-cv-671-wmc

Petitioner Keith Strong has filed a petition regarding state court criminal proceedings. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than December 14, 2022.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately May 21, 2022 through the date of the petition, November 21, 2022.

ORDER

IT IS ORDERED that:

    1.    Petitioner Keith Strong may have until December 14, 2022, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before December 14, 2022, I will assume that petitioner wishes to withdraw this petition.

Entered this 22nd day of November, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge